THE PEOPLE OF THE STATE OF NEW YORK ex rel. VAL R. WITTICH, JR., Appellant, against ROLLIN BROWNE et al., Constituting the State Tax Commission, Respondents.

Argued October 7, 1946; decided November 14, 1946.

*Paul L. Clugston* for appellant.

*Nathaniel L. Goldstein, Attorney-General (John C. Crary, Jr.,* and *Wendell P. Brown* of counsel), for respondents.

Order affirmed, with costs. No opinion.

Concur: LOUGHRAN, Ch. J., LEWIS, CONWAY, DESMOND, THACHER, DYE and FULD, JJ.